**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| RYAN SPAULDING, Derivatively on Behalf of GLOBAL BROKERAGE, INC. f/k/a FXCM INC., | Case No. 1:18-cv-02461-KMW |
| Plaintiff, | |
| v. | |
| KENNETH GROSSMAN, DAVID SAKHAI, EDUARD YUSUPOV, ARTHUR GRUEN, DROR NIV, WILLIAM AHDOUT, JANELLE G. LESTER, ROBERT LANDE, JAMES G. BROWN, ERIC LEGOFF, ROBIN E. DAVIS, and RYAN SILVERMAN, | |
| Defendants, | |
| -and- | |
| GLOBAL BROKERAGE, INC. f/k/a FXCM INC., a Delaware corporation, | |
| Nominal Defendant. | |

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  4 / 9 / 18
```

## NOTICE OF VOLUNTARY DISMISSAL OF THE ACTION
## <u>WITHOUT PREJUDICE</u>

**TO THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE THAT pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, plaintiff Ryan Spaulding ("Plaintiff"), through his counsel of record, hereby gives notice of voluntary dismissal without prejudice, subject to Rule 23.1(c) of the Federal Rules of Civil Procedure. This dismissal is made on behalf of Plaintiff.

Plaintiff commenced his action on March 12, 2018. He then filed an amended complaint on April 2, 2018. Defendants and their counsel have not appeared in this action and no responsive pleading has been served. Plaintiff submits that no notice to shareholders is required

under Rule 23.1(c) because neither Plaintiff not Plaintiff's counsel has received or will receive

any compensation for this dismissal.

Dated: April 9, 2018

Respectfully submitted,

LAW OFFICES OF THOMAS G. AMON

*/s/ Thomas G. Amon*

THOMAS G. AMON

250 West 57th Street, Suite 1316
New York, NY 10107
Telephone: (212) 810-2430
Facsimile:  (212) 810-2427
E-mail: tamon@amonlaw.com

ROBBINS ARROYO LLP
BRIAN J. ROBBINS
CRAIG W. SMITH (*pro hac vice*)
SHANE P. SANDERS (*pro hac vice*)
SCOTT F. TEMPLETON
600 B Street, Suite 1900
San Diego, CA 92101
Telephone: (619) 525-3990
Facsimile:  (619) 525-3991
E-mail: brobbins@robbinsarroyo.com
    csmith@robbinsarroyo.com
    ssanders@robbinsarroyo.com
    stempleton@robbinsarroyo.com

*Attorneys for Plaintiff*

\*     \*     \*

DATED: *April 9, 2018*

IT IS SO ORDERED.

*Kimba M. Wood*

UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK

**The Clerk of Court is directed
to close this case.  Any pending
motions are moot.**

- 2 -